MCGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS MIGUEL MENDOZA PRADO,<br><br>        Defendant. | CASE NO. 2:20-CR-00046-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 2, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

   1.  By previous order, this matter was set for status on April 2, 2020.

   2.  By this stipulation, the defendant now moves to continue the status conference until May 21, 2020, at 9:30 a.m., and to exclude time between April 2, 2020, and May 21, 2020, under Local Code T4.

   3.  The parties agree and stipulate, and request that the Court find the following:

     a)  The government previously provided discovery associated with this case that includes over 500 pages of documents, and recently extended a proposed plea agreement for the defendant's consideration. The United States Probation Office also recently completed a Pre-Plea Presentence Investigation Report and distributed it to counsel for the government and the

1   defendant.

2           b)      Defense counsel desires additional time to review discovery and the Pre-Plea

3   Presentence Investigation Report, conduct legal research, and consult with the defendant

4   regarding case strategy and potential resolution.  The additional time requested via this

5   stipulation for attorney-client consultation is appropriate because the defendant is detained.

6           c)      Defense believes that failure to grant the above-requested continuance would

7   deny her the reasonable time necessary for effective preparation, taking into account the exercise

8   of due diligence.

9           d)      The government does not object to the continuance.

10          e)      Accordingly, the parties agree and stipulate that the ends of justice served by

11  continuing the case as requested outweigh the interest of the public and the defendant in a trial

12  within the original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the parties agree that the time period of April 2, 2020

15  to May 21, 2020, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

16  Code T4].

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 24, 2020                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ SAM STEFANKI
                                                    SAM STEFANKI
                                                    Assistant United States Attorney


Dated:  March 24, 2020                              /s/ MEGAN HOPKINS
                                                    MEGAN HOPKINS
                                                    Counsel for Defendant
                                                    LUIS MIGUEL MENDOZA PRADO


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of March, 2020.


                                                    Troy L. Nunley
                                                    United States District Judge